**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6527**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

   v.

ROBERT TOMONE NEBLETT,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:09-cr-00301-HEH-1)

———————

Submitted: July 24, 2014         Decided: July 29, 2014

———————

Before FLOYD and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert Tomone Neblett, Appellant Pro Se. Jessica D. Aber, OFFICE OF THE UNITED STATES ATTORNEY, Angela Mastandrea-Miller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Tomone Neblett appeals the district court's order denying his motion to compel the Government to file a Federal Rule of Criminal Procedure 35(b) motion for reduction of sentence based on substantial assistance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Neblett, No. 3:09-cr-00301-HEH-1 (E.D. Va. Mar. 25, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED